UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>           Plaintiff,<br><br> v.<br><br>VIRGINIA MEMBERS OF SWARM SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05,<br>DOES 1 – 22,<br><br>           Defendants. | Action No. 3:11-cv-00376 |

**<u>ORDER</u>**

  THIS MATTER is before the Court on its own initiative to correct a clerical error. The Court entered an Order July 12, 2011, granting Plaintiff's Motion for Early Discovery (Doc. No. 5). The case caption in the Order lists the "Hash File" Defendant in the original Complaint, instead of the "Hash File" Defendant in the Amended Complaint. To that end, the Court VACATES and WITHDRAWS the July 12, 2011, Order. The Court DIRECTS the Clerk to terminate the current "Hash File" Defendant and update the docket sheet to reflect the "Hash File" Defendant listed in Plaintiff's Amended Complaint.

  Let the Clerk send a copy of this Order to all counsel of record.

  It is SO ORDERED.

                    _____/s/_____
                    James R. Spencer
                    Chief United States District Judge

ENTERED this <u>  21st  </u> day of July 2011