UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>                                                   Plaintiff,<br><br>    v.<br><br>VIRGINIA MEMBERS OF SWARM SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05,<br>DOES 1 – 22,<br><br>                                               Defendants. | Action No. 3:11-cv-00376 |

## **ORDER**

THIS MATTER is before the Court on Plaintiff's Motion for Early Discovery. (Doc. No. 4.) Plaintiff seeks leave of Court to discover the identities of Does 1 – 22 by issuing subpoenas to Cox Communications, Comcast Cable, and Verizon Internet Services requiring the companies to identify the subscribers associated with certain Internet protocol ("IP") addresses. Upon due consideration, the Motion is HEREBY GRANTED.

Plaintiff may serve subpoenas on Cox Communications, Comcast Cable, and Verizon Internet Services requiring the companies to produce information sufficient to identify the users of the IP addresses identified by Plaintiff as potentially infringing the copyrighted work at issue in this matter. Cox Communications, Comcast Cable, and Verizon Internet Services shall have seven (7) calendar days after service of the subpoenas to notify the subscribers that Plaintiff seeks their identities. The subscribers shall have twenty-one (21) calendar days

after notification to contest the subpoenas. This method comports with the requirements of the Cable TV Privacy Act of 1984, 47 U.S.C. § 551.

After learning the subscribers' identities, pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure, Plaintiff may engage in limited discovery, consisting of issuing interrogatories to or taking depositions of the individuals identified, to determine if those individuals are the proper defendants in this matter.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Chief United States District Judge

ENTERED this  21st   day of July 2011