IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LIBERTY MEDIA HOLDINGS, LLC,**                                  **Plaintiff,**

v.             Case Number: 11-cv-00376

**VIRGINIA MEMBERS OF SWARM SHARING
HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05**

**AND**

**DOES 1 through 22,**                                              **Defendants.**

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF VIRGINIA MEMBERS OF SWARM SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05 & DOE DEFENDANTS 2, 13, 16, 20 & 21

Plaintiff, Liberty Media Holdings, LLC (hereinafter "LMH"), by and through its undersigned counsel , respectfully files this Notice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff LMH voluntarily dismisses with prejudice VIRGINIA MEMBERS OF SWARM SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05, Doe Defendant 2, also identified by the IP address 96.231.42.230, Doe Defendant 13, also identified by the IP address 74.96.168.27, Doe Defendant 16, also identified by the IP address 71.163.233.62, Doe Defendant 20, also identified by the IP address 173.73.95.22, and Doe Defendant 21, also identified by the IP address 71.178.108.9, from the above captioned matter.

Dated: February 14, 2012                            LIBERTY MEDIA HOLDINGS, LLC

                                                         By its attorneys,

                                                         /s/ Kurt D. Brickman_____
                                                         Kurt D. Brickman, Esq.
                                                         (VSB # 75955)
                                                         Blackburn, Conte, Schilling, & Click PC
                                                         300 West Main Street
                                                         Richmond, VA 23220
                                                         P: 804-782-1111
                                                         F: 804-648-3914
                                                         E: kurtbrickman@bcscpc.com